IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:06CR3066 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | ***ORDER*** |
| | ) | |
| JOSEPH P. KNOPP, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Motion of Defendant Knopp for an extension of time to file a Notice of Appeal. (Filing No. 25 )

Upon due consideration and for good cause shown, the Court finds an Order should be entered accordingly.

IT IS HEREBY ORDERED that the Defendant shall have 30-days or until December 29, 2006, to file a Notice of Appeal.

Dated this 30th day of November, 2006.

BY THE COURT:

s/ Richard G. Kopf
United States District Court Judge