IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3066 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JOSEPH P. KNOPP, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

1. Filing 34, Defendant's motion for leave to file instanter a motion for reconsideration of sentence upon new evidence and request for oral argument, is denied.

2. Filing 36, Defendant's motion to reconsider sentence on grounds of new evidence and request for hearing, is denied.

January 3, 2007.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge