IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOSEPH P. KNOPP,<br><br>　　　　　　Defendant. | 4:06CR3066<br><br>**ORDER** |

　　IT IS ORDERED that Plaintiff shall respond to Defendant's Motion for Reconsideration (Filing 64) regarding Order (Filing 63) on Motion for Miscellaneous Relief (Filing 57) on or before March 10, 2021. No further replies shall be submitted by Defendant.

　　Dated this 23rd day of February, 2021.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　Senior United States District Judge